**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

JIMMY ASHLEY                                                                                                    PLAINTIFF

v.                                               No.  3:12CV00303 JLH

GO-DO ENTERPRISES, INC;
and D & G RENTALS, LLC                                                                           DEFENDANTS

## ORDER

The Initial Scheduling Order was filed in this matter on April 5, 2013, and instructed the parties to file their Rule 26(f) Report by June 24, 2013.  The report has not been filed.  The parties are directed to file their Rule 26(f) Report no later than August 6, 2013.

IT IS SO ORDERED this 23rd day of July, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE