# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

JIMMY ASHLEY                                                                                       PLAINTIFF

v.                                    No. 3:12CV00303 JLH

GO-DO ENTERPRISES, INC.; and
D&G RENTALS, LLC                                                                                DEFENDANTS

## ORDER

     Counsel for D&G Rentals, LLC, has filed notice that D&G Rentals has filed for protection under Chapter 11 of the Bankruptcy Code. Pursuant to the automatic stay of the bankruptcy proceeding, this proceeding must be stayed until the automatic stay is lifted. The Clerk of the Court is directed to terminate this action administratively. This action will be reopened upon the filing of notice that the automatic stay has been lifted. Such notice must be filed within thirty days after the automatic stay is lifted.

     IT IS SO ORDERED this 29th day of August, 2013.

                                                                    _____
                                                                    J. LEON HOLMES
                                                                    UNITED STATES DISTRICT JUDGE